UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are not related to the case assigned to me, and such case(s) shall not be reassigned to me.

**C 06-01075 CRB**     **Geertson Seed Farms et al v. Johanns et al**

**C 11-01310 EDL**     **Center for Food Safety et al v. Vilsack et al**

      **I find that the above case is not related to the case assigned to me.   CRB**


Dated:   April 8, 2011

Judge Charles R. Breyer