MARTHA C. LUEMERS   (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  efilingpa@dorsey.com
         luemers.martha@dorsey.com

B. ANDREW BROWN,  *Pro hac vice*
SARAH J. SORENSON, *Pro hac vice*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-8800
E-Mail:  brown.andrew@dorsey.com
         sorenson.sarah@dorsey.com

Attorneys for Proposed Intervenor-Defendants
CALIFORNIA ALFALFA AND FORAGE
ASSOCIATION, EUREKA SEEDS, INC.,
GARDENA ALFALFA SEED GROWERS
ASSOCIATION, AND MIDWEST FORAGE
ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary of the United States Department of Agriculture, et al.,<br><br>    Defendants,<br><br>and<br><br>CALIFORNIA ALFALFA AND FORAGE ASSOCIATION, EUREKA SEEDS, INC., GARDENA ALFALFA SEED GROWERS ASSOCIATION, AND MIDWEST FORAGE ASSOCIATION,<br><br>    Proposed Intervenor-Defendants. | CASE NO. 3:11-CV-1310-SC<br><br>**[REVISED PROPOSED]**<br>**ORDER GRANTING MOTION TO INTERVENE OF CALIFORNIA ALFALFA AND FORAGE ASSOCIATION, EUREKA SEEDS, INC., GARDENA ALFALFA SEED GROWERS ASSOCIATION, AND MIDWEST FORAGE ASSOCIATION**<br><br>**Date:  July 29, 2011**<br>**Time:  10:00 a.m.**<br>**Courtroom:  1 – 17th Floor** |

-1-

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF CALIFORNIA ALFALFA AND FORAGE ASSOCIATION, EUREKA SEEDS, INC., GARDENA ALFALFA SEED GROWERS ASSOCIATION, AND MIDWEST FORAGE ASSOCIATION – Case No. 3:11-CV-1310-SC**

Based on the papers submitted, the arguments of counsel and for good cause shown, the Court hereby GRANTS the Motion to Intervene by California Alfalfa and Forage Association, Eureka Seeds, Inc., Gardena Alfalfa Seed Growers Association, and Midwest Forage Association pursuant to Federal Rule of Civil Procedure ~~24(a)~~ **24(b).** California Alfalfa and Forage Association, Eureka Seeds, Inc., Gardena Alfalfa Seed Growers Association, and Midwest Forage Association are therefore allowed to intervene in this action as defendants and to file the answer attached to their motion as Exhibit A. California Alfalfa and Forage Association, Eureka Seeds, Inc., Gardena Alfalfa Seed Growers Association, and Midwest Forage Association shall file all future briefs jointly with Intervenor-Defendants Forage Genetics International, LLC, John Grover, Daniel Mederos, Dan Scheps, Carl Simmons and Mark Watte, <u>and Monsanto Company</u>.

IT IS SO ORDERED.

DATED: August 25, 2011

*[signature: Samuel Conti]*

UNITED STATES DISTRICT COURT JUDGE