IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, BEYOND PESTICIDES, CORNUCOPIA INSTITUTE, CALIFORNIA FARMERS UNION, DAKOTA RESOURCES COUNCIL, GEERTSON SEED FARMS, NATIONAL FAMILY FARM COALITION, NORTHEAST ORGANIC DAIRY PRODUCERS ALLIANCE, SIERRA CLUB, TRASK FAMILY SEEDS, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,

    Plaintiffs,

v.

THOMAS VILSACK, Secretary of Agriculture, and DR. GREGORY PARHAM, Administrator of the Animal and Plant Health Inspection Service,

    Defendants.

Case No.: 3:11-cv-01310-SC
The Honorable Samuel Conti

**[PROPOSED] ORDER FOR STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to the stipulated request of the parties (Dkt. 98) to modify the summary judgment briefing schedule (Dkt. 78), the Court GRANTS this request, and orders the following filing deadlines in this case:

1. All summary judgment motions shall be filed by 9/22/11.
2. All oppositions to summary judgment motions shall be filed by 10/22/11.
3. All reply briefs shall be filed by 11/9/11.

IT IS SO ORDERED.

DATED: 9/13/11

_____
Honorable Samuel Conti
United States District Judge

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of September, 2011, I filed a copy of this document electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

    /s/ Clifford E. Stevens, Jr.
    Clifford E. Stevens, Jr.