See signature page for the complete
list of counsel and parties represented.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, BEYOND PESTICIDES, CORNUCOPIA INSTITUTE, CALIFORNIA FARMERS UNION, DAKOTA RESOURCES COUNCIL, GEERTSON SEED FARMS, NATIONAL FAMILY FARM COALITION, NORTHEAST ORGANIC DAIRY PRODUCERS ALLIANCE, SIERRA CLUB, TRASK FAMILY SEEDS, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>THOMAS VILSACK, Secretary of Agriculture, and DR. GREGORY PARHAM, Administrator of the Animal and Plant Health Inspection Service,<br><br>　　　　Defendants. | Case No.: 3:11-cv-01310-SC<br>The Honorable Samuel Conti<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND SUPPORTING JOINT DECLARATION** |

　　Pursuant to LR 6-2 and 7-12, the parties hereby file this stipulated request to slightly modify the summary judgment briefing schedule for this case.  In support of this request, the parties hereby jointly declare the following:

Joint Motion to Modify Briefing Schedule　　　　　　　　　　　　　　　　　　Case No.: 3:11-cv-01310-SC

1

1.  Pursuant to a stipulated request for extension of the briefing schedule by the parties, on September 13, 2011, the Court ordered that the parties submit motions for summary judgment on September 22, 2011, oppositions on October 22, 2011, and reply briefs on November 9, 2011. Dkt. 100.

2.  The current due date for oppositions, October 22, 2011, is a Saturday.  The parties had not intended to request that opposition briefs be due over the weekend.  Accordingly, the parties respectfully request that the Court extend the due date for opposition briefs to the following Monday, October 24, 2011.

3.  The requested modification in the briefing schedule will not affect any other date for the case.  The parties do not request any change to the November 9, 2011 due date for reply briefs. The schedule as modified by this stipulation will continue to provide for completion of briefing prior to the date for oral argument on December 2, 2011.

DATED this 12th day of October, 2011.

    Respectfully submitted,

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment and Natural Resources Division

    By: /s/ Clifford E. Stevens, Jr.
    PAUL D. BARKER, JR.
    CLIFFORD E. STEVENS, JR.
    Trial Attorneys, U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    Wildlife & Marine Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    Paul.Barker@usdoj.gov
    (202) 305-0434
    Clifford.Stevens@usdoj.gov
    (202) 353-7548

TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch
BRYAN DEARINGER
ERIC WOMACK
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7334
Washington, D.C. 20001
Telephone: (202) 514-3489
Facsimile: (202) 616-8470
Bryan.Dearinger@usdoj.gov
Eric.Womack@usdoj.gov

Attorneys for Federal Defendants

By: /s/ George A. Kimbrell
GEORGE A. KIMBRELL (Pro Hac Vice)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
T: (415) 826-2770 / F: (415) 826-0507
Email: gkimbrell@icta.org
ptomaselli@icta.org
kateryna@icta.org

PAUL H. ACHITOFF (Pro Hac Vice)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

Attorneys for Plaintiffs

By: /s/ Phillip Jonathan Perry
PHILLIP JONATHAN PERRY
CLAUDIA M. O'BRIEN (Pro Hac Vice)
JANICE M. SCHNEIDER (Pro Hac Vice)
Latham & Watkins LLP

Joint Motion to Modify Briefing Schedule                                  Case No.: 3:11-cv-01310-SC

3

555 11th Street, N.W.
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: phil.perry@lw.com
Email: claudia.o'brien@lw.com
Email: janice.schneider@lw.com

PATRICK JOHN FERGUSON
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
415-391-0600
Fax: 415-395-8095
Email: patrick.ferguson@lw.com

Attorneys for Defendant-Intervenor Monsanto Company

By: /s/ B. Andrew Brown
B. ANDREW BROWN (Pro Hac Vice)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-5612
Fax: (612) 340-8800
Email: brown.andrew@dorsey.com

MARTHA CORCORAN LUEMERS
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301
(650) 857-1717
Fax: (650) 857-1288
Email: eFilingPA@dorsey.com

Attorneys for Defendant-Intervenors Forage Genetics International LLC, John Grover, Daniel Mederos, Dan Scheps, Carl Simmons, Mark Watte, California Alfalfa and Forage Association, Gardena Alfalfa Seed Growers Association, Midwest Forage Association, and Eureka Seeds, Inc.

Joint Motion to Modify Briefing Schedule                    Case No.: 3:11-cv-01310-SC

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of October, 2011, I filed a copy of this document electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

                                       /s/ Clifford E. Stevens, Jr.
                                       Clifford E. Stevens, Jr.

Joint Motion to Modify Briefing Schedule                                             Case No.: 3:11-cv-01310-SC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, BEYOND PESTICIDES, CORNUCOPIA INSTITUTE, CALIFORNIA FARMERS UNION, DAKOTA RESOURCES COUNCIL, GEERTSON SEED FARMS, NATIONAL FAMILY FARM COALITION, NORTHEAST ORGANIC DAIRY PRODUCERS ALLIANCE, SIERRA CLUB, TRASK FAMILY SEEDS, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS VILSACK, Secretary of Agriculture, and DR. GREGORY PARHAM, Administrator of the Animal and Plant Health Inspection Service,<br><br>    Defendants. | Case No.: 3:11-cv-01310-SC<br>The Honorable Samuel Conti<br><br>[PROPOSED] ORDER FOR STIPULATED REQUEST FOR ORDER CHANGING TIME AND SUPPORTING JOINT DECLARATION |

PURSUANT TO STIPULATION, IT IS ORDERED that opposition briefs to the motions for summary judgment in the above-referenced case are due on October 24, 2011.

DATED: 10/14/11  _____
Honorable Samuel Conti
United States District Court

IT IS SO ORDERED
Judge Samuel Conti