IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | ) Case No. 11-1310-SC |
| Plaintiffs, | ) <u>JUDGMENT</u> |
| v. | ) |
| THOMAS J. VILSACK; GREGORY PARHAM, | ) |
| Defendants. | ) |

On January 5, 2012, the Court issued an order granting Defendants and Intervenor Defendants' motions for summary judgment. ECF No. 186 ("Order"). In accordance with the Court's Order, JUDGMENT is hereby entered in favor of Defendants Thomas J. Vilsack and Gregory Parham and Intervenor Defendants and against Plaintiffs Center for Food Safety, et al., with respect to all of Plaintiffs' claims in this action.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: January 5, 2012

_____
UNITED STATES DISTRICT JUDGE