1  GEORGE A. KIMBRELL (*Pro Hac Vice*)
   PAIGE M. TOMASELLI State Bar No. 237737
2  KATERYNA L. RAKOWSKY State Bar No. 246248
   Center for Food Safety
3  303 Sacramento St., 2nd Floor
   San Francisco, CA 94111
4  T: (415) 826-2770 / F: (415) 826-0507
   Emails: gkimbrell@icta.org
5          ptomaselli@icta.org
           kateryna@icta.org
6
   PAUL H. ACHITOFF (*Pro Hac Vice*)
7  Earthjustice
   223 South King Street, Suite 400
8  Honolulu, Hawai'i 96813
   T: (808) 599-2436 / F: (808) 521-6841
9  Email: achitoff@earthjustice.org

10 *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No.: 3:11-cv-01310-SC |
| Plaintiffs, | |
| vs. | NOTICE OF APPEAL |
| THOMAS J. VILSACK, *et al.*, | |
| Defendants. | |

Notice is hereby given that Center for Food Safety, Sierra Club, Trask Family Farms, Geertson Seed Farms, Beyond Pesticides, National Family Farm Coalition, The Cornucopia Institute, Dakota Resource Council, Western Organization of Resource Councils, Northeast Organic Dairy Producers Alliance, and California Farmers Union, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order

1 Regarding Cross Motions for Summary Judgment (Dkt. No. 186) and Judgment (Dkt. No. 187)

2 entered in this action on the 5th day of January, 2012.

4 Respectfully submitted this 6th day of January 2012.

GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI State Bar No. 237737
KATERYNA L. RAKOWSKY State Bar No. 246248
Center for Food Safety
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@icta.org
ptomaselli@icta.org
kateryna@icta.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for Plaintiffs*